

# Fourth Court of Appeals
## San Antonio, Texas

October 12, 2018

No. 04-18-00317-CV

Teresa M. **FAYETTE**,
Appellant

v.

Luciano **REYES** and ABC Trucking,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI04948
Honorable Michael E. Mery, Judge Presiding

# O R D E R

After this court granted court reporter Amy L. Hinds's first request for an extension of time to file the record, the reporter's record was due on October 5, 2018.

After the extended due date, the court reporter filed a second notification of late record, indicated the record would comprise approximately 500 pages, and subsequently filed a report describing the status of the record.

The court reporter's request is GRANTED. The reporter's record is due to be filed with this court by November 5, 2018. *See id.* R. 35.3(c) (limiting an extension in an ordinary appeal to thirty days).

If the reporter's record is not filed with this court by November 5, 2018, any requests for additional time to file the record must be accompanied by a signed, written status report.

The report must describe the transcript by day with the date, description, page counts, and remarks for each day. The page counts must include the total number of pages, the number of pages edited, proofread, and formatted into the required electronic form (including bookmarks).

The report may describe any unusual aspects of the record. The report must describe any problems the court reporter reasonably believes may delay the completion of the record beyond the requested date.

A preferred form for the status report, with an accompanying example, is attached to this order.



Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of October, 2018.

KEITH E. HOTTLE,
Clerk of Court